CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _Traci L. Whitley_
Deputy Clerk

LODGED
RECEIVED

MAR 20 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

AO 106 (Rev. 04/10) Application for a Search Warrant (Modified WAWD 10-26-18)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Subject Accounts 1-7, which are maintained, controlled or operated by Facebook, Inc., and further described in Attachment A

)
)
)
)
)
)

Case No. MJ19-5041

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
The Subject Accounts as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

located in the          Northern          District of          California          , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |
| Title 18, U.S.C. § 2251(a) | Production of Child Pornography |
| Title 18, U.S.C. § 2252(a)(2) | Receipt/Distribution of Child Pornography |
| Title 18, U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

The application is based on these facts:

✓   See attached Affidavit continued on the attached sheet

☐   Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☐ by reliable electronic means; or: ☐ telephonically recorded.

_____
*Applicant's signature*

SPECIAL AGENT KYLE McNEAL, FBI
*Printed name and title*

⊙ The foregoing affidavit was sworn to before me and signed in my presence, or
◯ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date:          03/20/2019

_____
*Judge's signature*

City and state:   TACOMA, WASHINGTON

THERESA L. FRICKE, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A – Facebook, Inc. Accounts**

The electronically stored data, information, and communications contained in, related to, and associated with, including all preserved data associated with Facebook, Inc. accounts:

- SUBJECT ACCOUNT 1:  "Moeun Yoeun" (UID: 100014267529700)
- SUBJECT ACCOUNT 2: "Moeun Nobeatches" (UID: 100029529789553)
- SUBJECT ACCOUNT 3:  "Moying Yoen" (UID: 100031404392100)
- SUBJECT ACCOUNT 4: "Moo Yo" (UID:  100000914824197)
- SUBJECT ACCOUNT 5: "Morin Yuin" (UID: 100034410908581)
- SUBJECT ACCOUNT 6: "J.C." (UID:                    )
- SUBJECT ACCOUNT 7: "Y.C." (UID:                    )

as well as all other subscriber and log records associated with the accounts, which are located at premises owned, maintained, controlled or operated by Facebook, Inc. a social media application provider headquartered at 1601 Willow Road, Menlo Park, California, 94025.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## ATTACHMENT B

2

## FACEBOOK, INC. ACCOUNTS to be Searched

3 **I. Information to be disclosed**

4   To the extent that the information described in Attachment A related to the

5 Facebook, Inc. accounts to be searched is within the possession, custody, or control of

6 Facebook, Inc., including any communications, records, files, logs, posts, payment

7 records, or information that has been deleted but is still available to Facebook, Inc., or

8 has been preserved pursuant to requests made under 18 U.S.C. § 2703(f), Facebook, Inc.

9 is required to disclose the following information to the government for each Facebook,

10 Inc. account identifier listed in Attachment A:

11 //

12 //

13 //

14 //

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 1
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    a.  The contents of all communications associated with the accounts,

2 including stored or preserved copies of content sent to and from the account, draft

3 communications, the source and destination of any communications, the date and time at

4 which the communications were sent;

5    b.  All records or other information regarding the identification of the

6 accounts, to include full name, physical address, telephone numbers and other identifiers,

7 records of session times and durations, the date on which the accounts were created, the

8 length of service, the IP address used to register the accounts, log-in IP addresses

9 associated with session times and dates, account status, alternative e-mail addresses

10 provided during registration, methods of connecting, log files, and means and source of

11 payment (including any credit or bank account number);

12    c.  The types of service utilized;

13    d.  All records or other information stored at any time by an individual

14 using the accounts, including address books, contact and buddy lists, calendar data,

15 pictures, files, and the contents of any accounts associated with the identified Facebook,

16 Inc. accounts; and

17    e.  All records pertaining to communications between Facebook, Inc.

18 and any person regarding the accounts, including contacts with support services and

19 records of actions taken.

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 2
USAO #2019R00192

1  **II.      Information to be seized by the government**

2       All information described above in Section I that constitutes fruits, contraband,

3  evidence, and instrumentalities of violations of 18 U.S.C. § 2423(b) (Travel with Intent to

4  Engage in Illicit Sexual Conduct), 18 U.S.C. § 2251(a) (Production of Child

5  Pornography), 18 U.S.C. § 2252(a)(2) (Receipt/Distribution of Child Pornography), and

6  18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography), committed in or after

7  2012, including, for each account or identifier listed in Attachment A, information

8  pertaining to the following matters:

9  //

10  //

11  //

12  //

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 3
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          a.     All messages, documents, and profile information, attachments, or

2 other data that serves to identify any persons who use or access the accounts specified, or

3 who exercise in any way any dominion or control over the specified accounts;

4          b.     Any address lists or "friend"/contact lists associated with the

5 specified accounts;

6          c.     All images/videos of child pornography, any messages or documents

7 relating to the transmission of child pornography (including any attachments thereto), and

8 any profile information from other file- or photo-sharing websites;

9          d.     All messages, communications, or other documents related to the

10 sexual exploitation or abuse of minors, travel for the purpose, or otherwise evidencing

11 contact with minors or individuals purporting to be or otherwise facilitate contact with

12 minors.

13          e.     The types of services utilized;

14          f.     All subscriber records associated with the specified accounts,

15 including name, address, local and long distance telephone connection records, or records

16 of session times and durations, length of service (including start date) and types of

17 service utilized, telephone or instrument number or other subscriber number or identity,

18 including any temporarily assigned network address, and means and source of payment

19 for such service) including any credit card or bank account number;

20          g.     Any and all other log records, including IP address captures,

21 associated with the specified accounts; and

22          h.     Any records of communications between Facebook, Inc., and any

23 person about issues relating to the accounts, such as technical problems, billing inquiries,

24 or complaints from other users about the specified accounts, including records of contacts

25 between the subscriber and the provider's support services, as well as records of any

26 actions taken by the provider or subscriber as a result of the communications.

27 **Notwithstanding the criminal offenses defined under 18 U.S.C. §§ 2252 and 2252A,**

28 **or any similar criminal offense, Facebook shall disclose information responsive to**
**this warrant by mailing it to Federal Bureau of Investigation, Attn: Special Agent**

ATTACHMENT B - 4
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  **Kyle McNeal at 1145 Broadway, Suite #500, Tacoma, WA 98402 or via email to**
2  **kmcneal@fbi.gov.**

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTACHMENT B - 5
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b.      such records were generated by Facebook electronic process or system that produces an accurate result, to wit:

1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

CERTIFICATE OF AUTHENTICITY - 1
USAO #2019R00192

1      I further state that this certification is intended to satisfy Rules 902(11) and

2   902(13) of the Federal Rules of Evidence.

3

4

5    _____        _____

6    Date                               Signature

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AFFIDAVIT**

STATE OF WASHINGTON                    ss

COUNTY OF PIERCE

I, Kyle McNeal, Special Agent, Federal Bureau of Investigation, being first duly sworn under oath, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been for approximately eight years.  As part of my duties, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.  I am a graduate of the FBI Academy and have received further specialized training in investigating child pornography and child exploitation crimes.  I have also had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256(8)).  At this time, I have been assigned as the South Sound Child Exploitation Task Force (SSCETF) Coordinator and work with other federal, state, and local law enforcement personnel in the investigation and prosecution of crimes involving the exploitation of minors.

2.      I make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant for information associated with certain social media accounts as detailed below in paragraph 3 and further described in Attachment A.

3.      Records and information associated with the Facebook accounts:

- SUBJECT ACCOUNT 1: "Moeun Yoeun" (UID: 100014267529700)
- SUBJECT ACCOUNT 2: "Moeun Nobeatches" (UID: 100029529789553)

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 1
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     •     SUBJECT ACCOUNT 3: "Moying Yoen" (UID: 100031404392100)

2     •     SUBJECT ACCOUNT 4: "Moo Yo" (UID: 100000914824197)

3     •     SUBJECT ACCOUNT 5: "Morin Yuin" (UID: 100034410908581)

4     •     SUBJECT ACCOUNT 6: "J.C." (UID: ▨▨▨▨▨▨)

5     •     SUBJECT ACCOUNT 7: "Y.C." (UID: ▨▨▨▨▨▨)

6 that are stored at the premises controlled by Facebook, a social media platform

7 headquartered at 1601 Willow Road, Menlo Park, CA 94025.

8     4.     This affidavit is made in support of an application for a search warrant

9 under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Facebook to

10 disclose to the government copies of the information (including the content of

11 communications) further described in Section I of Attachment B. Upon receipt of the

12 information described in Section I of Attachment B, government-authorized persons will

13 review that information to locate the items described in Section II of Attachment B.

14     5.     The facts set forth in this Affidavit are based on my own personal

15 knowledge; knowledge obtained from other individuals during my participation in this

16 investigation, including other law enforcement officers; the review of documents and

17 records related to this investigation; communications with others who have personal

18 knowledge of the events and circumstances described herein; and information gained

19 through my training and experience.

20     6.     Because this Affidavit is submitted for the limited purpose of providing

21 sufficient facts necessary to determine whether there is probable cause in support of the

22 application for a search warrant, it does not set forth each and every fact that I or others

23 have learned during the course of this investigation. I have set forth only the facts that I

24 believe are relevant to the determination of probable cause to believe that evidence,

25 fruits, and instrumentalities of violations of 18 U.S.C. § 2423(b) (Travel with Intent to

26 Engage in Illicit Sexual Conduct), 18 U.S.C. § 2251(a) (Production of Child

27 Pornography), 18 U.S.C. § 2252(a)(2) (Receipt/Distribution of Child Pornography), and

28 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography).

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 2
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# I. SUMMARY OF INVESTIGATION

7.      This investigation originated with a CyberTip report submitted by Electronic Service Provider (ESP) Facebook to the National Center for Missing and Exploited Children (NCMEC).  NCMEC is a private, non-profit organization operating under a congressional mandate to act as the nation's law enforcement clearing house for information concerning online child sexual exploitation.  In partial fulfillment of that mandate, NCMEC operates a CyberTip line, a resource for reporting online crimes against children.  ESPs report to NCMEC, via the CyberTip line, whenever they discover that a subscriber has violated their terms of service and/or used their services to transmit child pornography or engage in sexual exploitation of minors.

8.      Facebook identified four user accounts, all of which it linked to the same individual, MOEUN YOEUN:

- SUBJECT ACCOUNT 1: "Moeun Yoeun" (UID:  100014267529700)
- SUBJECT ACCOUNT 2: "Moeun Nobeatches" (UID: 100029529789553)
- SUBJECT ACCOUNT 3:  "Moying Yoen" (UID: 100031404392100)
- SUBJECT ACCOUNT 4: "Moo Yo" (UID:  100000914824197)

9.      According to Facebook,

A 36-year-old male appears to be enticing minors to produce and send apparent child exploitation imagery (CEI) and engage in sexual activity via private messages. Conversations indicate that he may have travelled to the Philippines in order to engage in sexual activity with minors. Profile pictures and conversations also indicate that he may be in a position of public trust as an active member of the US military.

10.     Facebook provided account content associated with SUBJECT ACCOUNTS 1-3, including private messages between the user of those accounts (YOEUN) and other Facebook user(s) in the Philippines.  These communications show that YOEUN intended to travel, and did in fact travel, to the Philippines to sexually abuse young girls.  YOEUN also sought sexually explicit visual depictions of girls and on multiple occasions offered to pay to have people kidnapped, beaten, raped, and tortured.

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 3
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

11.     The messages below were all exchanged by the user of SUBJECT ACCOUNTS 1-3 and two different Facebook accounts (SUBJECT ACCOUNTS 6 and 7), both of which Facebook reported were used by someone in the Philippines.  From context, it seems clear that the same person is using SUBJECT ACCOUNTS 1-3.   In the excerpts below, SUBJECT ACCOUNT 6 is identified as J.C., and SUBJECT ACCOUNT 7 as Y.C.

**October 14, 2018**

SUBJECT ACCCOUNT 1: You have girls 8

J.C.: yes.when meet?

SUBJECT ACCOUNT 1: Make video

J.C.: yes dad

J.C.: when you want

SUBJECT ACCOUNT 1: Now

J.C.: ok baby i send you later

SUBJECT ACCOUNT 1: How old

J.C.: after 2hours.

J.C.: 12 or 11 yearsold

SUBJECT ACCOUNT 1: Face

***

SUBJECT ACCOUNT 1: 8 years old?

J.C.: yes dad wait

J.C.: [Facebook reported that this user sent an image of a prepubescent girl]

SUBJECT ACCOUNT 1: Name

J.C.: [Facebook reported that this user sent an image of a prepubescent girl]

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 4
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | \*\*\*

2 | SUBJECT ACCOUNT 1: OK

3 | SUBJECT ACCOUNT1: "[NAME REDACTED] again"

4 | J.C.: [Facebook reported that this user sent an image of a prepubescent girl]

5 | \*\*\*

6 | SUBJECT ACCOUNT 1: "[NAME REDACTED] will fuck"

7 | J.C.: yes dad, she waiting you

8 |

9 | J.C.: she always ask me about u

10 | SUBJECT ACCOUNT 1: Just two Little girls in video

11 | SUBJECT ACCOUNT 1: "Yes I will fuck [NAME REDACTED]"

12 |

13 | J.C.: when?

14 | J.C.: yes

15 | SUBJECT ACCOUNT 1: Beginning of November

16 |

17 | J.C.: ok dad, she waiting always

18 | SUBJECT ACCOUNT 1: How much to eat their pussies

19 | J.C.: you dad. how much you give each girl?

20 |

21 | SUBJECT ACCOUNT 1: 2k each

22 | J.C.: 12y

23 |

24 | J.C.: ok dad

25 | SUBJECT ACCOUNT 1: You get little girls to stay with me one night

26 | SUBJECT ACCOUNT 1: I want naked one night in my bed

27 |

28 | J.C.: Yes dad. when meet? november?

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 5
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SUBJECT ACCOUNT 1: 11 November

J.C.: Yes dad how many little i bring?

SUBJECT ACCOUNT 1: Make sure all 7-9 years old

J.C.: "Ok, really sure ?you want [NAME REDACTED] is virgin?"

SUBJECT ACCOUNT 1: Yes and 3 others

J.C.: Yes dad i bring.

J.C.:"Yes but [NAME REDACTED] is one of I bring"

SUBJECT ACCOUNT 1: Yes of course

SUBJECT ACCOUNT 1: I'm gonna make her bleed

J.C.: Ok but 7-9 yearold eat pussy only?and if you want blowjob ?

***

SUBJECT ACCOUNT 1: Yes I want to feel little girls suck dick

**November 6, 2018**

SUBJECT ACCOUNT 2: Chat me here it's moeun

J.C.: yes i know

SUBJECT ACCOUNT 2: "[NAME REDACTED] is ready?"

SUBJECT ACCOUNT 2: I'm gonna be her first?

J.C.: yes shes ready

SUBJECT ACCOUNT 2: I think gonna feel heaven

J.C.: yes bby.im excited and little girls

SUBJECT ACCOUNT 2: How old you give?

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    J.C.: "[NAME REDACTED] 12, [NAME REDACTED 12, [NAME

2    REDACTED] 12"

3    SUBJECT ACCOUNT 2: How much?

4    ***

5

6    J.C.: 5k each eat pussy

7    SUBJECT ACCOUNT 2: All of them gonna suck me?

8

9    J.C.: yes i tell and i teach

10   SUBJECT ACCOUNT 2: Wow heaven

11   **November 14, 2018**

12

13   SUBJECT ACCOUNT 2: My dick is ready for the video

14   ***

15   J.C.: Is end u video but do jot send

16   J.C.: Later i send u again and 8 yearsold

17

18   J.C.: [Sent a video that Facebook reported as apparent child exploitation material

19   in a separate CyberTip Report #47142073.[1]]

20   SUBJECT ACCOUNT 2: Nice pussy

21   SUBJECT ACCOUNT 2: Yummy

22   ***

23

24   SUBJECT ACCOUNT 2: How old

25   SUBJECT ACCOUNT 2: I want to eat that

26

27   _____

[1] The CyberTip Report, which included the video file uploaded and sent to SUBJECT ACCOUNT 2, does not
28   indicate whether Facebook viewed this file.  As such, I have not reviewed this video to confirm whether it
     constitutes child exploitation material as reported by Facebook.

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 7
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  SUBJECT ACCOUNT 2: You think she can handle getting fucked?

2
3  J.C.: Shes virgin.maybe she agree

4  SUBJECT ACCOUNT 2: Can I see the 8 years old

5  **December 23, 2018**

6  SUBJECT ACCOUNT 3: "How is [NAME REDACTED]'s pussy"

7  SUBJECT ACCOUNT 3: I make it hurt lol
8
9  **January 8, 2019**

10  SUBJECT ACCOUNT 3: What girls you have right now

11  SUBJECT ACCOUNT 3: I want to cum

12  ***

13  SUBJECT ACCOUNT 3: I'm going there in February
14
15  ***

16  SUBJECT ACCOUNT 3: My phone number is +12533559252

17  SUBJECT ACCOUNT 3: "when I go to Philippines I can fuck [NAME
18  REDACTED]?"

19  **January 9, 2019**

20  Y.C.: Bby i have little.but she is very young
21
22  Y.C.: I think 6yearsold only.but picture only ?

23  SUBJECT ACCOUNT 3: That's very young

24  Y.C.: Yes.8y u want?
25
26  SUBJECT ACCOUNT 3: YES YES YES

27  SUBJECT ACCOUNT 3: My favorite
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**January 18, 2019**

Y.C.: Hello bby,when video again?i have new little.

Y.C.: Beautiful and virgin.but shes 12yearsold

SUBJECT ACCOUNT 3: I dont want 12 i want younger

**February 6, 2019**

Y.C.: "Hi dad im [NAME REDACTED] tomorrow you send"

Y.C.: [Facebook reported that Y.C. then sent three videos of apparent child exploitation material, which was further documented in CyberTip Report #47171078]

**February 8, 2019**

SUBJECT ACCOUNT 3: Capture her rape her and brake her face permanent damage

Y.C.: Rape is hard only broke face and body

SUBJECT ACCOUNT 3: Broken legs

Y.C.: Yes broken legs and broke face but not rape

SUBJECT ACCOUNT 3: Ok how much for that?

***

Y.C.: 15 k?is maybe hard but im sure to broke face and legs

***

SUBJECT ACCOUNT 3: Pay after finish?

Y.C.: Like if u send now do for tommorow.suree

SUBJECT ACCOUNT 3: I dont send first

SUBJECT ACCOUNT 3: Last time i send nothing happen

Y.C.: Yess.send half i paid promise sure

1  SUBJECT ACCOUNT 3: What if kill?

2
3  Y.C.: You need more money for kill

4  ***
5  Y.C.: Bby dont kill.☺ is bad

6  **February 12, 2019**

7  SUBJECT ACCOUNT 3: Baby i will see you tomorrww

8
9  SUBJECT ACCOUNT 3: What time are you available ?

10  SUBJECT ACCOUNT 3: I go your house or hotel?

11  Y.C.: Morning and aftrnoon im available.hotel only my house is small and i shy to u

12  Y.C.: I bring littles.2 little first?i bring

13
14  SUBJECT ACCOUNT 3: Ok baby

15  SUBJECT ACCOUNT 3: How old?

16  Y.C.: How many days are u hrre?

17  SUBJECT ACCOUNT 3: Until 17 feb

18
19  Y.C.: 9 and 11 first.

20  SUBJECT ACCOUNT 3: I'm going GO hotels north edsa

21
22  SUBJECT ACCOUNT 3: I'm leaving airport

23  **February 16, 2019**

24  Y.C.: Are u still in manila?

25  SUBJECT ACCOUNT 3: No I'm not anymore

26  ***

27
28  SUBJECT ACCOUNT 3: What girl you have

***

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Y.C.: 10 and 9 you want video bby?

2   SUBJECT ACCOUNT 3: Let me see face

3   **February 17, 2019**

4   SUBJECT ACCOUNT 3: How did the little girl like getting her pussy licked for the first time

5
6   12.    As shown above, SUBJECT ACCOUNT 3 received three videos from Y.C.

7   on February 6, 2019.  Facebook reported each video constituted apparent child

8   exploitation material and submitted CyberTip Report #47171078 to NCMEC

9   documenting this activity.  I reviewed that CyberTip Report, which states that the three

10  files uploaded by Y.C. were viewed by Facebook prior to being submitted to NCMEC.  I

11  reviewed these videos and describe each below:

12      Video 1: This video depicts a fully clothed minor female sitting down. She lifts up
        her shirt and exposes her breasts to the camera.  Based on her clothing, this female
13      appears to be the same prepubescent female who is one of two individuals
        depicted in the videos described below.
14

15      Video 2: This video depicts two female minors.  Based on their youthful
        appearance, body size, lack of breast/pubic development, and lack of pubic/body
16      hair, I believe both are prepubescent.  Both children are nude from the waist down.
17      Each minor is depicted rubbing her genitals during the video.

18      Video 3: This video depicts two female minors.  Based on their youthful
19      appearance, body size, lack of breast/pubic development, and lack of pubic/body
        hair, I believe both are prepubescent.  Both children are nude from the waist down.
20      Each minor is shown rubbing her genitals with her fingers during the video.

21
22  13.    Based on the content provided by Facebook, it appears that the same person

23  is the user of SUBJECT ACCOUNTS 1-3.  As noted above, Facebook also identified

24  SUBJECT ACCOUNT 4 as another account linked to the same user.  According to

25  Facebook, all four accounts are linked by machine cookies.  Cookies are files placed on a

26  computer by a website.  They are used for a variety of purposes, including tracking user

27  activities.  A website like Facebook can place cookies on a user's computer and through

28  those cookies could potentially (and easily) note that multiple user accounts have used

    the same computer.

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 11
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      14.     The registration information associated with SUBJECT ACCOUNT 4

2  showed that the user of that account registered with the email address,

3  moeun.yoeun@us.army.mil.  That user also listed his gender as male and provided his

4  birthdate, XX/XX/1982.  U.S. Department of Defense records show that MOEUN

5  YOEUN is on active duty in the United States Army.  He is a male and born on the same

6  date as the user of SUBJECT ACCOUNT 4.

7      15.     As shown above, the user of SUBJECT ACCOUNT 3 provided a telephone

8  number during his communications with Y.C.  U.S. Department of Defense records show

9  that the email address associated with SUBJECT ACCOUNT 4 and the telephone number

10  provided by the user of SUBJECT ACCOUNT 3 are both associated with U.S. Army

11  Staff Sergeant MOEUN YOEUN, who recently served in South Korea.

12      16.     Facebook provided IP address information for each of SUBJECT

13  ACCOUNTS 1-4.  These records showed that various IP addresses were associated with

14  SUBJECT ACCOUNTS 1-4 between September 2018 and February 2019.  In response to

15  a summons, Comcast Communications reported IP addresses associated with each of

16  SUBJECT ACCOUNTS 1-4 were assigned to MOEUN YOEUN at his residence in

17  Steilacoom, Washington during this time.

18      17.     On March 5, 2019, I obtained search warrants for YOEUN's home, car, and

19  person from the Honorable Theresa L. Fricke of the United States District Court for the

20  Western District of Washington.  A team of law enforcement agents executed those

21  warrants the following day.

22      18.     During the search of YOEUN's home, agents located a USB thumb drive

23  plugged into the television.  A forensic preview of that thumb drive revealed it contained

24  multiple files of child pornography, including the two below which were viewed and

25  described to me by Special Agent Patrick Dospoy:

26      **FILE 1:** This image depicts a nude, prepubescent female lying on her back.  She
27      is shown inserting her right index finger into her vagina.  Based on her youthful
         appearance, stature, lack of breast/muscular development, and lack of pubic/body
28      hair, the child is estimated to be between seven and ten years old.

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 12
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**FILE 2:** This image depicts a prepubescent female wearing a purple striped shirt and nude from the waist down. She is sitting with her left leg raised toward her head and right hand pulling her inner right thigh away from the left in order to expose her genitals to the camera. Her genitals are the focal point of the image. Based on her youthful appearance, stature, lack of body development, and lack of pubic/body hair, the child is estimated to be between seven and ten years old.

19. On the morning of March 6, 2019, I encountered YOEUN at Joint Base Lewis-McChord. I approached YOEUN and asked if he would be willing to answer a few questions. He agreed, and I advised him of his constitutional rights. After acknowledging he understood his rights, YOEUN participated in a recorded interview. Among other things, YOEUN acknowledged the following:

- YOEUN lives alone.
- YOEUN is the owner and user of SUBJECT ACCOUNTS 1-4 and used SUBJECT ACCOUNTS 1-3 to attempt to purchase minors for sex and/or seek out sexually explicit visual depictions of minors.
- YOEUN travelled to the Philippines in February 2019 and paid to have sexual contact with at least two minors, whom he estimated were twelve years old.

20. On March 11, 2019, I reviewed the contents of an extraction of YOEUN's iPhone, telephone number (224) 337-6686, pursuant to a search warrant. Upon reviewing the contents, I discovered SUBJECT ACCOUNT 5, another Facebook account apparently used by YOEUN. The account name was identified as "Moren Yuin" (UID: 100034410908581).

21. On March 11, 2019, I conducted an Internet search for Facebook account "Morin Yuin" and found the following information, which was publicly available. The "Intro" section on the account reads, "It's Moeun." The account contains what appeared to be an image of YOEUN in his U.S. Army Physical Fitness uniform that was posted on February 27, 2019. The following images were found on the account including an image of U.S. Currency and foreign currency with a military nameplate that reads, "YOEUN."

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 13
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



AFFIDAVIT OF SPECIAL AGENT MCNEAL - 14
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



AFFIDAVIT OF SPECIAL AGENT MCNEAL - 15
USAO #2019R00192



Moren Yuin updated his profile picture.
February 27 at 1:05 AM · ⦿

⌁ Share

22.     While the information reported by Facebook did not include any information to suggest YOEUN used SUBJECT ACCOUNT 5 to engage in illegal activity, the other information shows that he used multiple Facebook accounts to engage in these illicit activities previously.  I therefore believe that SUBJECT ACCOUNT 5 may contain evidence that will help to identify YOEUN and further tie him to the illegal conduct reported by Facebook and/or may contain additional evidence of attempts by YOEUN to sexually exploit minors.

23.     I conducted an internet search for MOEUN YOEUN and found several YouTube videos of YOEUN depicted with several different females.  At least one of the videos was labeled Borocay.  I know Borocay to be an island in the Philippines.  According YouTube, this video was uploaded on or about August 9, 2016.

24.     I also obtained travel records associated with MOEUN YOEUN from Homeland Security Investigations.  According to these records, YOEUN has been

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 16
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  traveling to and from east Asia since at least 2006.  And these records show YOEUN

2  traveled to the Philippines at least as early ast 2012.

3  **VI.    BACKGROUND REGARDING FACEBOOK'S SERVICES**

4  25.    Facebook, Inc. owns and operates the free-access social networking website

5  Facebook.com, accessed at http://www.facebook.com.  Facebook allows its subscribers to

6  establish personal accounts.  Subscribers can then use their accounts to share written

7  news, communications, photographs, videos, and other information with other Facebook

8  users, and sometimes with the general public; to purchase and sell things, play games,

9  and engage in numerous additional computer based activity.

10  26.    A Facebook subscriber typically creates a personal profile using photos of

11  him/herself and a name or nickname their friends and family know.  This permits friends

12  and family to find the subscriber's account.  Facebook asks subscribers to provide basic

13  contact information.  This may include the subscriber's full name, birth date, contact e-

14  mail addresses, physical address (city, state, zip code, and country), telephone numbers,

15  screen names, associated websites, and other personal identifiers.  Subscribers can list

16  credit, debit or other financial account numbers for use when making purchases on or

17  through Facebook.  Facebook also asks subscribers to create an account password.  The

18  password, known only to the subscriber (and anyone to whom s/he gives it) limits access

19  to the account.  Only someone logged in with the password can change profile details,

20  profile photographs or privacy settings.[2]  Only a person who has logged into the account

21  with a password can post on the "Wall,"[3] send messages (similar to text messaging), or

22  send friend requests under the identity of the account owner.  Facebook subscribers rarely

23  share the password to their accounts.  There is little purpose in sharing passwords,

24  because anyone whom the account owner permits can post messages on the user's "Wall."

25

26  _____

27  [2]Subscribers must also be logged into their accounts to make purchases, post ads, make comments, adjust
   notifications they receive and to change other aspects of their accounts.

28  [3] A "Wall" in a particular subscriber's Facebook page is a space where the subscriber and his or her "Friends" (if
   permitted by the subscriber) can post and respond to status updates, check-ins,  messages, images, attachments, and
   links.

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 17
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        27.    Subscribers can select different levels of privacy for the communications
2   and information associated with their Facebook accounts. By adjusting these privacy
3   settings, a subscriber can make profile information, status updates, check-ins, and other
4   posted material available only to himself or herself, to particular Facebook users, to all
5   Facebook users, or to anyone with access to the Internet, including people who are not
6   Facebook users.

7        28.    Facebook subscribers can create personal profiles that include photographs,
8   personal statistics such as birthdate, schooling, employer, lists of personal interests, and
9   other information. Subscribers can also post "check-ins"[4] and "status updates" about
10  their whereabouts and actions, as well as links to videos, photographs, articles, and other
11  items available elsewhere on the Internet. Facebook subscribers can also post
12  information about upcoming "events," such as social occasions, by listing the event's
13  time, location, host, and guest list.

14       29.    A subscriber can also connect directly with individual Facebook users by
15  sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the
16  request, then the two users will become "Friends" for purposes of Facebook and can
17  exchange communications or view information about each other. Each Facebook user's
18  account includes a list of that user's "Friends" and a "News Feed," which highlights
19  information about the user's "Friends," such as status updates, check-ins, profile changes,
20  and upcoming events. Subscribers may also join groups or networks to connect and
21  interact with other users who are members of the same group or network. A Facebook
22  network or group has options for adjusting privacy settings to grant or limit viewing or
23  posting to the group's page.

24       30.    In Facebook's Photos application, subscribers can upload an unlimited
25  number of albums and photos. The Photos application can capture and store a geometric

26
27  _____

28  [4] A "check-in" accesses the user's mobile device GPS to let friends know exactly where the subscriber is.

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 18
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  representation of a face (Known as Faceprint data).  Subscribers can "tag" (i.e., label)
2  other Facebook users depicted in a photo or video.  When a user is tagged in a photo or
3  video, they receive a notification of the tag and a link to see the photo or video.

4      31.    For Facebook's purposes, a subscriber's "Photoprint" includes all photos
5  uploaded by that subscriber that have not been deleted, as well as all photos uploaded by
6  any user that have that subscriber tagged in them.  As uploaded, a digital photo often
7  contains embedded data about when and where it was taken, and other information on its
8  genesis.  That information is called Exchangeable Image File Format (EXIF) information.
9  Facebook "scrapes" this information off photos before placing them onto a page, but
10  retains the original data.

11      32.    Facebook users can exchange private messages on Facebook with other
12  users.  These messages, which are similar to e-mail messages, are sent to the recipient's
13  "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well
14  as other information.  Facebook users can also post comments on the Facebook profiles
15  of other users or on their own profiles; such comments are typically associated with a
16  specific posting or item on the profile.

17      33.    Facebook captures and retains, for each subscriber account, data regarding
18  the date, time, place, and IP addresses (IP Logs)  used when the subscriber accesses
19  his/her account; actions taken and items viewed while using the account; and subscriber
20  geographic location, if that setting is enabled.  This data cannot be manipulated by the
21  subscriber.  Facebook also retains, and makes available to the account subscriber, all
22  information contained in Appendix A, attached and incorporated by reference.  Material
23  posted by the subscriber is retained by Facebook until sometime after it is deleted by the
24  subscriber.

25      34.    In Facebook jargon,

26      •    Subscriber "Basic Contact Information" includes subscriber, name,
27  birth date, email address(es), physical address (city, state, zip, country), all telephone
28  numbers, screen name and any associated website;

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 19
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          •      "Basic Subscriber Information (BSI)" is the subscriber's
2 identification number, name, email address, date and time stamp of account creation,
3 registered cellular telephone number, record of recent logins, and whether the
4 subscriber's page is publicly viewable; and

5          •      A "Neoprint" is an expanded view of a given subscriber profile.  It
6 includes subscriber profile contact information, friend lists; groups and networks of
7 which the subscriber is a member; "News Feed" information; "Wall" postings;  status
8 updates; links to videos, photographs, articles, and other items; event postings; rejected
9 "Friend" requests; comments; messages; gifts; pokes; tags; and information about the
10 subscriber's access and use of Facebook applications.

11      35.     Facebook subscribers may communicate directly with Facebook about
12 issues relating to their account, such as technical problems, billing inquiries, or
13 complaints from the subscriber or other users.  Social networking providers like
14 Facebook typically retain records about such communications, including records of
15 contacts between the subscriber and the provider's support services, as well records of
16 any actions taken by the provider or subscriber as a result of the communications.

17      36.     The company that operates Facebook.com is Facebook, Inc.  Facebook, Inc.
18 has established a contact address for Law Enforcement and has asked law enforcement to
19 serve warrants either by using a website that Facebook has set up for use of law
20 enforcement, or by postal mail.  The website, street address, and fax number are listed
21 above and incorporated here. Law enforcement regularly uses these to contact Facebook.

22                 **VII. PAST EFFORTS TO OBTAIN THIS EVIDENCE**

23      37.     Some of this evidence is available on digital devices seized as part of this
24 investigation.  However, additional content and records are likely in the custody or
25 control of Facebook.  In addition, preservation requests were submitted to Facebook
26 requesting they preserve all evidence related to the listed Facebook UID numbers
27 previously identified in paragraph 3.

28      **VIII. INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 20
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       38.    Pursuant to Title 18, United States Code, Section 2703(g), this application
2  and affidavit for a search warrant seeks authorization to permit Facebook, and their
3  representatives and employees, to assist agents in the execution of these warrants.  Once
4  issued, the search warrants will be presented to Facebook with direction that they identify
5  the accounts described in Attachment A, as well as other subscriber and log records
6  associated with the SUBJECT ACCOUNTS, as set forth in Attachment B.

7       39.    The search warrants will direct Facebook to create an exact copy of the
8  specified accounts and records.

9       40.    I, and/or other law enforcement personnel will thereafter review the copy of
10  the electronically stored data, and identify from among that content those items that come
11  within the items identified in Section II to Attachment B, for seizure.

12       41.    Analyzing the data contained in the forensic image may require special
13  technical skills, equipment, and software.  It could also be very time-consuming.
14  Searching by keywords, for example, can yield thousands of "hits," each of which must
15  then be reviewed in context by the examiner to determine whether the data is within the
16  scope of the warrant.  Merely finding a relevant "hit" does not end the review process.
17  Keywords used originally need to be modified continuously, based on interim results.
18  Certain file formats, moreover, do not lend themselves to keyword searches, as keywords,
19  search text, and many common e-mail, database and spreadsheet applications do not store
20  data as searchable text.  The data may be saved, instead, in proprietary non-text format.
21  And, as the volume of storage allotted by service providers increases, the time it takes to
22  properly analyze recovered data increases, as well.  Consistent with the foregoing,
23  searching the recovered data for the information subject to seizure pursuant to this
24  warrant may require a range of data analysis techniques and may take weeks or even
25  months.  All forensic analysis of the data will employ only those search protocols and
26  methodologies reasonably designed to identify and seize the items identified in Section II
27  of Attachment B to the warrant.

28

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 21
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    42.    Based on my experience and training, and the experience and training of
2  other agents with whom I have communicated, it is necessary to review and seize a
3  variety of messenger communications, chat logs, files, payment records and documents,
4  that identify any users of the identified accounts and communications sent or received in
5  temporal proximity to incriminating messages that provide context to the incriminating
6  communications.

### IX.  CONCLUSION

7
8    43.    Based on the forgoing, I request that the Court issue the proposed search
9  warrants.  This Court has jurisdiction to issue the requested warrants because it is "a court
10  of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a),
11  (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . .
12  that - has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).
13  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not
14  required for the service or execution of this warrant.  Accordingly, by this Affidavit and
15  Warrant, I seek authority for the government to search all of the items specified in
16  Section I, Attachment B, and specifically to seize all of the data, documents and records
17  that are identified in Section II to that same Attachment.

18
19
20                                    Kyle McNeal, Affiant
21                                    Special Agent
                                     Federal Bureau of Investigation
22
23
24    SUBSCRIBED and SWORN to before me this 20th day of March, 2019.
25
26
27                                    THERESA L. FRICKE
28                                    United States Magistrate Judge

AFFIDAVIT OF SPECIAL AGENT MCNEAL - 22
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## ATTACHMENT A – Facebook, Inc. Accounts

2    The electronically stored data, information, and communications contained in,

3 related to, and associated with, including all preserved data associated with Facebook,

4 Inc. accounts:

5 • SUBJECT ACCOUNT 1: "Moeun Yoeun" (UID: 100014267529700)

6 • SUBJECT ACCOUNT 2: "Moeun Nobeatches" (UID: 100029529789553)

7 • SUBJECT ACCOUNT 3: "Moying Yoen" (UID: 100031404392100)

8 • SUBJECT ACCOUNT 4: "Moo Yo" (UID: 100000914824197)

9 • SUBJECT ACCOUNT 5: "Morin Yuin" (UID: 100034410908581)

10 • SUBJECT ACCOUNT 6: "J.C." (UID:            )

11 • SUBJECT ACCOUNT 7: "Y.C." (UID:            )

12 as well as all other subscriber and log records associated with the accounts, which are

13 located at premises owned, maintained, controlled or operated by Facebook, Inc. a social

14 media application provider headquartered at 1601 Willow Road, Menlo Park, California,

15 94025.

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

**FACEBOOK, INC. ACCOUNTS to be Searched**

**I. Information to be disclosed**

To the extent that the information described in Attachment A related to the Facebook, Inc. accounts to be searched is within the possession, custody, or control of Facebook, Inc., including any communications, records, files, logs, posts, payment records, or information that has been deleted but is still available to Facebook, Inc., or has been preserved pursuant to requests made under 18 U.S.C. § 2703(f), Facebook, Inc. is required to disclose the following information to the government for each Facebook, Inc. account identifier listed in Attachment A:

//

//

//

//

ATTACHMENT B - 1
USAO #2019R00192

1          a.      The contents of all communications associated with the accounts,

2   including stored or preserved copies of content sent to and from the account, draft

3   communications, the source and destination of any communications, the date and time at

4   which the communications were sent;

5          b.      All records or other information regarding the identification of the

6   accounts, to include full name, physical address, telephone numbers and other identifiers,

7   records of session times and durations, the date on which the accounts were created, the

8   length of service, the IP address used to register the accounts, log-in IP addresses

9   associated with session times and dates, account status, alternative e-mail addresses

10   provided during registration, methods of connecting, log files, and means and source of

11   payment (including any credit or bank account number);

12          c.      The types of service utilized;

13          d.      All records or other information stored at any time by an individual

14   using the accounts, including address books, contact and buddy lists, calendar data,

15   pictures, files, and the contents of any accounts associated with the identified Facebook,

16   Inc. accounts; and

17          e.      All records pertaining to communications between Facebook, Inc.

18   and any person regarding the accounts, including contacts with support services and

19   records of actions taken.

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 2
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**II.      Information to be seized by the government**

       All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct), 18 U.S.C. § 2251(a) (Production of Child Pornography), 18 U.S.C. § 2252(a)(2) (Receipt/Distribution of Child Pornography), and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography), committed in or after 2012, including, for each account or identifier listed in Attachment A, information pertaining to the following matters:

//

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      a.      All messages, documents, and profile information, attachments, or
2  other data that serves to identify any persons who use or access the accounts specified, or
3  who exercise in any way any dominion or control over the specified accounts;

4      b.      Any address lists or "friend"/contact lists associated with the
5  specified accounts;

6      c.      All images/videos of child pornography, any messages or documents
7  relating to the transmission of child pornography (including any attachments thereto), and
8  any profile information from other file- or photo-sharing websites;

9      d.      All messages, communications, or other documents related to the
10  sexual exploitation or abuse of minors, travel for the purpose, or otherwise evidencing
11  contact with minors or individuals purporting to be or otherwise facilitate contact with
12  minors.

13      e.      The types of services utilized;

14      f.      All subscriber records associated with the specified accounts,
15  including name, address, local and long distance telephone connection records, or records
16  of session times and durations, length of service (including start date) and types of
17  service utilized, telephone or instrument number or other subscriber number or identity,
18  including any temporarily assigned network address, and means and source of payment
19  for such service) including any credit card or bank account number;

20      g.      Any and all other log records, including IP address captures,
21  associated with the specified accounts; and

22      h.      Any records of communications between Facebook, Inc., and any
23  person about issues relating to the accounts, such as technical problems, billing inquiries,
24  or complaints from other users about the specified accounts, including records of contacts
25  between the subscriber and the provider's support services, as well as records of any
26  actions taken by the provider or subscriber as a result of the communications.

27  **Notwithstanding the criminal offenses defined under 18 U.S.C. §§ 2252 and 2252A,**
28  **or any similar criminal offense, Facebook shall disclose information responsive to**
**this warrant by mailing it to Federal Bureau of Investigation, Attn: Special Agent**

ATTACHMENT B - 4                                    UNITED STATES ATTORNEY
USAO #2019R00192                                    700 STEWART STREET, SUITE 5220
                                                    SEATTLE, WASHINGTON 98101
                                                    (206) 553-7970

1   **Kyle McNeal at 1145 Broadway, Suite #500, Tacoma, WA 98402 or via email to**

2   **kmcneal@fbi.gov.**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT B - 5
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Facebook, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Facebook. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Facebook, and they were made by Facebook as a regular practice; and

b.    such records were generated by Facebook electronic process or system that produces an accurate result, to wit:

1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Facebook in a manner to ensure that they are true duplicates of the original records; and

2.    the process or system is regularly verified by Facebook, and at all times pertinent to the records certified here the process and system functioned properly and normally.

CERTIFICATE OF AUTHENTICITY - 1
USAO #2019R00192

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    I further state that this certification is intended to satisfy Rules 902(11) and

2  902(13) of the Federal Rules of Evidence.

3

4

5  _____        _____

6  Date                                Signature

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28